**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**CHRISTOPHER DAVIS, ET AL.,**                            **PLAINTIFFS,**

**VS.**                                  **CIVIL ACTION NO. 1:06CV252-P-D**

**CITY OF BOONEVILLE, MISSISSIPPI, ET AL.,**             **DEFENDANTS.**

## ORDER

This matter comes before the court upon Defendant's Motion for Transfer of Trial Location [23-1] and Amended Motion for Transfer of Trial Location [24-1]. After due consideration of the amended motion, the court finds that it should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's Motion for Transfer of Trial Location [23-1] is **DENIED AS MOOT**;

(2) Defendant's Amended Motion for Transfer of Trial Location [24-1] is **GRANTED**; therefore,

(2) Trial is **CONTINUED** in this matter until August 11, 2008 at 9:00 a.m. in the U.S. Courthouse in Oxford, Mississippi.

**SO ORDERED** this the 2nd day of April, A.D., 2007.

                                                     /s/ W. Allen Pepper, Jr.
                                                     W. ALLEN PEPPER, JR.
                                                     UNITED STATES DISTRICT JUDGE