IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CHRISTOPHER DAVIS and BOB PACOVSKY**              **PLAINTIFFS**

**V.**              **CAUSE NO.: 1:06CV252-SA-SAA**

**CITY OF BOONEVILLE, MISSISSIPPI and**
**CHIEF OF POLICE TIM FORTENBERRY**              **DEFENDANTS**

## ORDER ON SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendants' Motion for Summary Judgment [docket entry 55] is GRANTED;

(2) the Plaintiff's claims are dismissed;

(3) all pending motions in this case are terminated; and

(3) this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the __26th__ day of August, 2008.

                                                   /s/ Sharion Aycock
                                                   **U.S. DISTRICT JUDGE**